

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00716-CR

Jose Maria **CAVAZOS**, III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5796
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's "Chapter 64 Order on Post Conviction DNA Testing Trial Court's Findings of Fact and Conclusions of Law" is AFFIRMED.

SIGNED December 23, 2025.

Irene Rios, Justice